| | |
|---|---|
| 1 | Z. Kathryn Branson, Esq. |
|   | Nevada Bar No. 11540 |
| 2 | LITTLER MENDELSON, P.C. |
|   | 3960 Howard Hughes Parkway |
| 3 | Suite 300 |
|   | Las Vegas, Nevada 89169.5937 |
| 4 | Telephone: 702.862.8800 |
|   | Fax No.: 702.862.8811 |
| 5 | kbranson@littler.com |

Attorneys for Defendant
DELTA AIR LINES, INC.

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| SUSANA IKA, | Case No. 2:24-cv-02395-CDS-DJA |
| Plaintiff, | **STIPULATION AND** ~~PROPOSED~~ **ORDER TO EXTEND TIME FOR DEFENDANT TO FILE RESPONSIVE PLEADING** |
| v. | |
| DELTA AIR LINES, INC., | **[FIRST REQUEST]** |
| Defendant. | |

Pursuant to LR IA 6-1 and LR 7-1, Pro Se Plaintiff SUSANA IKA ("Plaintiff") and Defendant DELTA AIR LINES, INC. ("Defendant" or "Delta") by and through its undersigned counsel, hereby agree and stipulate to extend the time for Defendant to file a responsive pleading from the current deadline of April 4, 2025, up to and including **May 5, 2025**.

Such extension is necessary in light of Defendant's counsel recent retention and the additional time needed to investigate the allegations in the Complaint.

//

//

//

//

//

4923-6210-8165.2 / 080000-4389

This is the first request for an extension of time to respond to the Complaint in this Court. This request is made in good faith and not for the purpose of delay.

Dated: April 2, 2025

Respectfully submitted,

/s/ *Susana Ika*
SUSANA IKA

*Pro Se Plaintiff*

Dated: April 2, 2025

Respectfully submitted,

Z. KATHRYN BRANSON, ESQ.
LITTLER MENDELSON P.C.

*Attorney for Defendant*
DELTA AIR LINES, INC.

**IT IS SO ORDERED.**

Dated: _____April 3_____, 2025.

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169.5937
702.862.8800

2

4925-0820-5616.1