# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Susana Ika, | Case No. 2:24-cv-02395-CDS-DJA |
| Plaintiff, | |
| v. | **Order** |
| Delta Air Lines, Inc., | |
| Defendant. | |

Before the Court is Defendant Delta Air Lines, Inc.'s Proposed Discovery Plan. (ECF No. 24). The plan is one-sided, and Defendant explains that pro se Plaintiff Susan Ika refused to stipulate to a discovery plan. However, the Local Rules for the District of Nevada[1] require that discovery plans be stipulated and that any differences the parties have regarding discovery plans be outlined in that stipulation. *See* LR 26-1(a) ("the parties must submit a stipulated discovery plan and scheduling order…[and] in cases in which the parties disagree on the form or contents of the discovery plan, [the stipulation must include] a statement of each party's position on each point in dispute"). Because the plan is not stipulated, the Court will deny it without prejudice. Plaintiff is informed that she must cooperate in creating the scheduling order in compliance with Local Rule 26-1. If she wishes for the discovery plan to deviate from the schedule outlined in Local Rule 26-1, she must explain why in the stipulated discovery plan.

---

[1] This refers to the Local Rules of Practice for the United States District Court for the District of Nevada, which can be found online at https://www.nvd.uscourts.gov/court-information/rules-and-orders/

**IT IS THEREFORE ORDERED** that the discovery plan (ECF No. 24) is **denied.**

**IT IS FURTHER ORDERED** that Plaintiff must meet and confer with counsel for Defendant on or before **June 23, 2025**, and the parties must submit a stipulated discovery plan that complies with Local Rule 26-1 on or before **June 30, 2025**.

**IT IS FURTHER ORDERED** that the Clerk of Court is kindly directed to send Plaintiff a copy of this order.

DATED: June 16, 2025

DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE