IN THE UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

Case No. 2:24-cv-02395

SUSANA IKA,

Plaintiff,

v.

DELTA AIR LINES, INC.,

Defendant.

FILED / ENTERED ___ RECEIVED / SERVED ON
COUNSEL/PARTIES OF RECORD

JUL 02 2025

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

## REQUEST FOR CLERK'S ENTRY OF DEFAULT

Plaintiff Susana Ika, pro se, respectfully requests that the Clerk of Court enter Default against Defendant Delta Air Lines, Inc. for failing to file a response to the First Amended Complaint ("FAC") filed on April 28, 2025, and served on May 1, 2025.

1. Background

  1. Plaintiff filed the First Amended Complaint on April 28, 2025, and served the same on May 1, 2025.

  2. Under FRCP 15(a)(3), Defendant was required to respond to the FAC within 14 days of service, meaning the response was due on May 15, 2025.

  3. As of today's date, Defendant has failed to respond to the FAC, making default appropriate under FRCP 55(a).

21   2. Request for Relief

22   Plaintiff respectfully requests that the Clerk of Court enter default against Defendant Delta Air

23   Lines, Inc.

24   Respectfully submitted,

25   *[signature: Susana Ika]*

26   Susana Ika

27   Pro Se Plaintiff

28   823 Grape Vine Avenue

29   Henderson, Nevada 89002

30   702-576-8252

31   sanaika@live.com

32   July 3, 2025