# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Susana Ika, | Case No. 2:24-cv-02395-CDS-DJA |
| Plaintiff, | |
| v. | **Order** |
| Delta Air Lines, Inc., | |
| Defendant. | |

Before the Court is Defendant Delta Air Lines, Inc.'s motion to extend time to respond to Plaintiff's filings. (ECF No. 37). The Court finds that Defendant has shown good cause for the extensions it requests. *See* Fed. R. Civ. P. 6(b); *see* Nevada Local Rule[1] IA 6-1. So, the Court grants Defendant's motion. Defendant's responses to Plaintiff's filings (ECF Nos. 30, 31, 33, and 35) are due July 22, 2025.

**IT IS THEREFORE ORDERED** that Defendant's motion for extension (ECF No. 37) is **granted.** The Clerk of Court is kindly directed to send a copy of this order to Plaintiff.

DATED: July 16, 2025,

DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

---

[1] This refers to the Local Rules of Practice for the United States District Court for the District of Nevada, which can be found online at https://www.nvd.uscourts.gov/court-information/rules-and-orders/