1  Susana Ika
2  823 Grape Vine Avenue
3  Henderson, Nevada 89002
4  702-576-8252
5  sanaika@live.com

6  UNITED STATES DISTRICT COURT

7  DISTRICT OF NEVADA

8

9  SUSANA IKA,　　　　　　　　　　　Case No. 2:24-cv-02395-CDS-DJA

10  Plaintiff,　　　　　　　　　　　　　STIPULATED DISCOVERY PLAN AND

11  v.　　　　　　　　　　　　　　　　SCHEDULING ORDER

12  DELTA AIR LINES, INC.,　　　　　　(SUBMITTED IN COMPLIANCE WITH LR 26-1(b))

13  Defendant.

14  Pursuant to Federal Rule of Civil Procedure 26(f) and Local Rule 26-1(b), Plaintiff Susana Ika

15  ("Plaintiff") and Defendant Delta Air Lines, Inc. ("Defendant"), by and through their

16  undersigned representatives, hereby submit this Stipulated Discovery Plan and Scheduling

17  Order.

18  **1. Rule 26(f) Conference:**

19  Pursuant to the Court's Order dated June 16, 2025 (ECF No. 25), the parties conducted their Rule

20  26(f) conference by telephone on June 23, 2025.

21  **2. Fed. R. Civ. P. 26(a)(1)(C) Initial Disclosures:**

22  The parties agree to exchange initial disclosures no later than July 7, 2025.

23    3. Discovery Cut-Off Date:

24    The parties request a discovery period of 180 days from May 5, 2025, the date Defendant Delta

25    filed its Answer to the original complaint. Accordingly, discovery shall close on Monday,

26    November 3, 2025 (adjusted from Saturday, November 1, 2025).

27    4. Amending the Pleadings and Adding Parties:

28    Motions to amend pleadings or add parties shall be filed no later than Tuesday, August 5, 2025,

29    which is 90 days before the discovery deadline.

30    5. Fed. R. Civ. P. 26(a)(2) Disclosures (Experts):

31    Initial expert disclosures shall be made no later than Thursday, September 4, 2025.

32    Rebuttal expert disclosures shall be made no later than Monday, October 6, 2025 (adjusted from

33    Saturday, October 4, 2025).

34    6. Dispositive Motions:

35    Dispositive motions shall be filed no later than Wednesday, December 3, 2025, which is 30 days

36    after the close of discovery.

37    7. Pretrial Order:

38    If no dispositive motions are filed, the Joint Pretrial Order shall be due no later than Friday,

39    January 2, 2026, which is 30 days after the dispositive motions deadline. If dispositive motions

40    are filed, the deadline for the Joint Pretrial Order shall be suspended until 30 days after the Court

41    issues a decision.

42    8. Fed. R. Civ. P. 26(a)(3) Disclosures:

43  The disclosures required by Fed. R. Civ. P. 26(a)(3), and any objections thereto, shall be included
44  in the Joint Pretrial Order pursuant to Local Rule 26-1(b)(6), and therefore due by January 2,
45  2026, unless otherwise ordered by the Court.

46  **9. Alternative Dispute Resolution:**

47  The parties have conferred on June 26, 2025 about the use of alternative dispute resolution. The
48  Court has ordered settlement proposals by July 2, 2025, and an Early Neutral Evaluation (ENE)
49  is scheduled before Magistrate Judge Koppe on July 10, 2025. Both parties confirm they are
50  prepared to attend and negotiate in good faith.

51  **10. Alternative Forms of Case Disposition:**

52  The parties have considered trial by magistrate judge under 28 U.S.C. § 636(c), Fed. R. Civ. P.
53  73, and participation in the Short Trial Program under General Order 2013-01.

54  The parties do not consent to trial before a magistrate judge and do not agree to binding
55  arbitration. Plaintiff Susana Ika, appearing pro se, respectfully requests that this matter remain in
56  federal court and proceed to trial before a U.S. District Judge, with her right to a jury trial
57  preserved under the Federal Rules of Civil Procedure.

58  **11. Electronic Evidence:**

59  The parties have discussed the potential use of electronic evidence and agree to present such
60  evidence in a format compatible with the Court's electronic jury evidence display system. The
61  parties will continue to confer on technical needs as trial approaches.

62  **12. Modifications or Extensions**

Any modification of this Discovery Plan and Scheduling Order shall be made only by order of the Court, upon a showing of good cause pursuant to Federal Rules of Civil Procedure 16(b)(4) and Local Rule 26-3.

This Plan is submitted without prejudice to either party's right to request reasonable extensions based on good cause, including but not limited to Plaintiff's pro se status and any Court rulings affecting the pleading.

Dated: June 30, 2025

Respectfully submitted,

/s/ Susana Ika

SUSANA IKA, Plaintiff Pro Se

Dated: June 30, 2025

Respectfully submitted,

TAYLOR A. BUONO

Littler Mendelson, P.C.

Attorney for Defendant DELTA AIR LINES, INC.

IT IS SO ORDERED.

Dated: July 31, 2025.

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE