UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Susana Ika,<br><br>           Plaintiff,<br><br>v.<br><br>Delta Air Lines, Inc.,<br><br>           Defendant. | Case No. 2:24-cv-02395-CDS-DJA<br><br>**Order** |

Before the Court is Plaintiff Susana Ika's motion for leave to file documents electronically. (ECF No. 40). Under Local Rule IC 2-1(b), a *pro se* litigant may request the court's authorization to register as a filer in a specific case. Plaintiff appears to have access to a word processing program. Because the Court finds that Plaintiff is capable of filing electronically, it grants the motion. (ECF No. 40).

**IT IS THEREFORE ORDERED** that Plaintiff's motion to file electronically (ECF No. 40) is **granted**.

**IT IS FURTHER ORDERED** that Plaintiff must: (1) obtain a PACER account; (2) be familiar with the Local Rules for the Electronic Filing procedures in the District of Nevada; and (3) complete the e-filing registration for the District of Nevada through Manage PACER Account. Links to these items are available at https://www.nvd.uscourts.gov/e-filing-permission/.

DATED: July 31, 2025

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE